FILED

2015 JUN 11 AM 11: 12

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JORGE CASTANEDA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-cv-00259-LY |
| | § | |
| TRAVELERS LLOYDS OF TEXAS | § | |
| INSURANCE COMPANY | § | |
|     Defendant. | § | |

## ORDER

Before the Court is Plaintiff, Jorge Castaneda and Defendant, Travelers Lloyds of Texas Insurance Company's Agreed Motion to Remand (the "Motion"). The Court, having reviewed the Motion, is of the opinion that it should be GRANTED. It is, therefore

**ORDERED** that the motion to remand is hereby **GRANTED**, this matter will be remanded to the state court where it was originally filed.

Signed this 11th day of June, 2015

_____
UNITED STATES DISTRICT JUDGE